# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mitchell, Suzanne | United States District Court, Western District of Oklahoma | 06/20/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

200 NW 4th Street
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

**A. Filer's Non-Investment Income**

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

**B. Spouse's Non-Investment Income -** *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Ogletree, Deakins, Nash - Salaruy |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 06/20/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sun Trust Mortgage, Inc. | Mortgage - Rental Property #1 (Part VII, Line 2) | L |
| 2. | Sun Trust Mortgage, Inc. | Mortgage - part Personal Property, part Rental Property #2 (Part VII, Line 3) | N |
| 3. | Cenlar Mortgage | Mortgage - Rental Property #3 (Part VII, Line 4) | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTIES (H) | | | | | | | | | |
| 2. Rental Property #1 - Cleveland County, Norman, OK | C | Rent | M | W | | | | | |
| 3. Rental Property #2 - Oklahoma County, Oklahoma City, OK | C | Rent | L | W | | | | | |
| 4. Rental Property #3 - Oklahoma County, Oklahoma City, OK | D | Rent | M | W | | | | | |
| 5. | | | | | | | | | |
| 6. CASH AND BONDS (H) | | | | | | | | | |
| 7. UMB Accounts | A | Interest | L | T | | | | | |
| 8. Chase Accounts | A | Interest | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. RAYMOND JAMES ACCOUNT (H) | | | | | | | | | |
| 11. Mutual Funds (H) | | | | | | | | | |
| 12. Invesco Mid Cap Growth Fund Class A | A | Dividend | | | Merged (with line 13) | 07/24/18 | J | | |
| 13. Invesco Mid Cap Growth Fund Clas Y | A | Dividend | J | T | | | | | |
| 14. Invesco Comstock Fund Class A M/F | A | Dividend | | | Merged (with line 15) | 07/24/18 | J | | |
| 15. Invesco Comstock Fund Class Y M/F | A | Dividend | J | T | | | | | |
| 16. Capital Income Builder Fund Class A American Funds M/F | A | Dividend | | | Merged (with line 17) | 06/20/18 | K | | |
| 17. Capital Income Builder Fund Class F2 American Funds M/F | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital World Growth & Income Fund Class A American FD M/F | A | Dividend | | | Merged (with line 19) | 06/20/18 | K | | |
| 19. Capital World Growth & Income Fund Class F2 American FD M/F | A | Dividend | K | T | | | | | |
| 20. Investment Company of America Class A American Funds M/F | A | Dividend | | | Merged (with line 21) | 06/19/18 | L | | |
| 21. Investment Company of America Class F2 American Funds M/F | A | Dividend | L | T | | | | | |
| 22. Washington Mutual Investors Class A American Funds M/F | A | Dividend | | | Merged (with line 23) | 06/19/18 | J | | |
| 23. Washington Mutual Investors Class F2 American Funds M/F | A | Dividend | J | T | | | | | |
| 24. Cash & Cash Alternatives (H) | | | | | | | | | |
| 25. Bank Deposit Program - Sweep | A | Int./Div. | J | T | | | | | |
| 26. Equities (H) | | | | | | | | | |
| 27. Abbvie Incorporated | A | Dividend | J | T | | | | | |
| 28. Adobe Incorporated | A | Dividend | J | T | Buy | 03/22/18 | J | | |
| 29. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 30. Air Products & Chemicals Incorporated | A | Dividend | | | Buy (add'l) | 03/07/18 | J | | |
| 31. | | | | | Sold | 09/21/18 | J | | |
| 32. Allstate Corporation | A | Dividend | | | Sold | 09/24/18 | J | | |
| 33. Alphabet Incorporated Cap Stk Class A | A | Dividend | J | T | | | | | |
| 34. Amazon Com Incorporated | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Apple Incorporated | A | Dividend | J | T | | | | | |
| 36. Bank Amer Corporation | A | Dividend | | | Buy (add'l) | 03/07/18 | J | | |
| 37. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 38. | | | | | Sold | 12/12/18 | J | | |
| 39. Bank of the Ozarks | A | Dividend | | | Sold | 08/03/18 | J | | |
| 40. Becton Dickinson & Company | A | Dividend | J | T | | | | | |
| 41. Blackrock Incorporated | A | Dividend | | | Buy | 06/07/18 | J | | |
| 42. | | | | | Sold | 08/03/18 | J | | |
| 43. Boeing Company | A | Dividend | J | T | Buy | 08/20/18 | J | | |
| 44. Bookings Holdings Incorporated | A | Dividend | J | T | Buy | 08/20/18 | J | | |
| 45. Broadcom Incorporated | A | Dividend | J | T | Buy | 06/14/18 | J | | |
| 46. | | | | | Sold (part) | 08/20/18 | J | | |
| 47. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 48. Citigroup Incorporated | A | Dividend | | | Buy | 06/08/18 | J | | |
| 49. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 50. | | | | | Sold | 10/25/18 | J | | |
| 51. CME Group Incorporated | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CVS Health Corporation | A | Dividend | J | T | Sold (part) | 03/07/18 | J | | |
| 53. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 54. Carnival Corporation Paired CTF | A | Dividend | J | T | | | | | |
| 55. FirstTrust Sabrient Baker's Dozen Port 2017 Series Term | A | Dividend | | | Redeemed | 03/02/18 | J | | |
| 56. Facebook Incorporated Class A | A | Dividend | | | Sold | 03/28/18 | J | | |
| 57. Fedex Corporation | A | Dividend | J | T | Buy (add'l) | 03/07/18 | J | | |
| 58. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 59. Garrett Motion Incorporated | A | Dividend | J | T | Buy | 10/08/18 | J | | |
| 60. General Electric Company | A | Dividend | | | Buy | 01/05/18 | J | | |
| 61. | | | | | Sold | 01/23/18 | J | | |
| 62. General MLS Incorporated | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 63. Guideware Software Incorporated | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 64. Hanesbrands Incorporated | A | Dividend | | | Buy | 11/01/18 | J | | |
| 65. | | | | | Sold | 12/17/18 | J | | |
| 66. Home Depot Incorporated | A | Dividend | J | T | | | | | |
| 67. Honeywell International Incorporated | A | Dividend | J | T | Buy (add'l) | 11/08/18 | J | | |
| 68. Intercontinental Exchange Incorporated | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan Chase | A | Dividend | J | T | Buy (add'l) | 08/03/18 | J | | |
| 70. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 71. Johnson & Johnson | A | Dividend | J | T | Buy | 06/21/18 | J | | |
| 72. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 73. Kansas City Southern Com New | A | Dividend | J | T | | | | | |
| 74. Lauder Estee Companies | A | Dividend | J | T | | | | | |
| 75. Mastercard Incorporated Class A | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 76. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 77. Merck & Company Incorporated | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 78. Microsoft Corporation | A | Dividend | J | T | Buy (add'l) | 06/14/18 | J | | |
| 79. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 80. Microchip Technology Incorporated | A | Dividend | | | Buy (add'l) | 07/24/18 | J | | |
| 81. | | | | | Sold | 08/14/18 | J | | |
| 82. Motorola Solutions | A | Dividend | J | T | | | | | |
| 83. Oracle Corporation | A | Dividend | | | Sold | 03/22/18 | J | | |
| 84. Pepsico Incorporated | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 85. | | | | | Buy (add'l) | 12/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pfizer Incorporated | A | Dividend | J | T | Buy (add'l) | 03/07/18 | J | | |
| 87. Praxair Incorporated | A | Dividend | | | Sold | 01/05/18 | J | | |
| 88. Priceline GRP Incorporated Com New | A | Dividend | | | Sold | 01/05/18 | J | | |
| 89. Resideo Technologies Incorporated | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 90. Ringcentral Incorporated Class A | A | Dividend | | | Buy | 07/16/18 | J | | |
| 91. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 92. | | | | | Sold | 10/10/18 | J | | |
| 93. Rockwell Collins Incorporated | A | Dividend | | | Sold | 01/10/18 | J | | |
| 94. Royal BK CDA Montreal QUE | A | Dividend | | | Buy (add'l) | 03/07/18 | J | | |
| 95. | | | | | Sold | 06/07/18 | J | | |
| 96. Salesforce Com Incorporated | A | Dividend | J | T | Buy (add'l) | 06/14/18 | J | | |
| 97. | | | | | Sold (part) | 10/10/18 | J | | |
| 98. Servicenow Incorporated | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 99. | | | | | Buy (add'l) | 03/07/18 | J | | |
| 100. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 101. | | | | | Sold (part) | 10/10/18 | J | | |
| 102. | | | | | Buy (add'l) | 11/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Sherwin Williams | A | Dividend | J | T | Buy (add'l) | 03/07/18 | J | | |
| 104. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 105. Synchrony Financial | A | Dividend | | | Sold | 07/16/18 | J | | |
| 106. Time Warner Incorporated | A | Dividend | | | Sold | 06/15/18 | J | | |
| 107. Union Pac Corporation | A | Dividend | J | T | | | | | |
| 108. United Healthgroiup Incorporated | A | Dividend | J | T | | | | | |
| 109. Visa Incorporated Com Class A | A | Dividend | J | T | | | | | |
| 110. Westrock Company | A | Dividend | | | Buy (add'l) | 03/07/18 | J | | |
| 111. | | | | | Sold | 06/08/18 | J | | |
| 112. Accenture Ireland SHS Class A (Ireland) | A | Dividend | | | Buy | 03/28/18 | J | | |
| 113. | | | | | Sold | 11/08/18 | J | | |
| 114. Eaton Corporation PLC SHS Ireland | A | Dividend | | | Sold | 11/08/18 | J | | |
| 115. Ingersoll Rand PLC SHS Ireland | A | Dividend | J | T | | | | | |
| 116. IShares TR US AER DEF EFT (ITA) | A | Dividend | | | Buy | 01/10/18 | J | | |
| 117. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 118. | | | | | Buy (add'l) | 03/07/18 | J | | |
| 119. | | | | | Sold | 11/01/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IShares TR Core MSCI EAFE (IEFA) | A | Dividend | | | Buy | 03/07/18 | J | | |
| 121. | | | | | Sold | 06/14/18 | J | | |
| 122. Chubb Limited Switzerland | A | Dividend | | | Buy (add'l) | 03/07/18 | J | | |
| 123. | | | | | Sold | 07/24/18 | J | | |
| 124. Lyondell Industries Netherlands | A | Dividend | | | Buy (add'l) | 03/07/18 | J | | |
| 125. | | | | | Sold | 06/27/18 | J | | |
| 126. NXP Semiconductors NV Netherlands | A | Dividend | | | Sold | 02/22/18 | J | | |
| 127. Broadcom Limited SHS Singapore | A | Dividend | | | Sold | 02/22/18 | J | | |
| 128. Exchange Traded Products (H) | | | | | | | | | |
| 129. IShares TR Core S&P | A | Dividend | | | Sold | 11/01/18 | J | | |
| 130. IShares TR US Aer DEF ETF | A | Dividend | | | Buy | 01/10/18 | J | | |
| 131. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 132. | | | | | Sold | 11/11/18 | J | | |
| 133. IShares Incorporated Core | A | Dividend | | | Sold | 11/11/18 | J | | |
| 134. | | | | | | | | | |
| 135. FULKERSON FAMILY REVOCABLE TRUST(H) | | | | | | | | | |
| 136. Chevron Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Real Estate Parcel #1, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 138. Real Estate Parcel #2, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 139. Real Estate Parcel #3, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 140. Real Estate Parcel #4, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 141. | | | | | | | | | |
| 142. PARTNERSHIP INVESTMENTS (H) | | | | | | | | | |
| 143. Think Italian LLC .407218% | | None | J | U | Buy | 11/08/18 | J | | |
| 144. | | | | | | | | | |
| 145. ARNOLD & PORTER LLP PROFIT SHARING AND 401(K) PLAN (H) | | | | | | | | | |
| 146. T. Rowe Price Mid Cap Growth | A | Dividend | | | Merged (with line 147) | 05/23/18 | K | | |
| 147. JP Morgan Smart Retirement 2035 | A | Dividend | K | T | | | | | |
| 148. Fidelity Contrafund | A | Dividend | | | Merged (with line 149) | 05/23/18 | J | | |
| 149. Vanguard Value Index Inst | A | Dividend | J | T | | | | | |
| 150. Vanguard Small Cap Index Inst | A | Dividend | | | Merged (with line 151) | 05/23/18 | J | | |
| 151. DFA Emerging Markets | A | Dividend | J | T | | | | | |
| 152. | | | | | | | | | |
| 153. FIDELITY INVESTMENTS ROLLOVER IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 155.  Fidelity Select Multimedia | A | Dividend | | | Merged (with line 156) | 04/18/18 | J | | |
| 156.  Fidelity Select Comm Services Port | A | Dividend | J | T | | | | | |
| 157. | | | | | | | | | |
| 158.  MCAFEE & TAFT 401(K) (H) | | | | | | | | | |
| 159.  SPTN 500 Index Inst | D | Int./Div. | | | Buy (add'l) | 04/19/18 | J | | |
| 160. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 161. | | | | | Merged (with line 162) | 10/22/18 | O | | |
| 162.  Fidelity 500 Index | D | Int./Div. | N | T | | | | | |
| 163.  Fidelity Contrafund K | E | Int./Div. | N | T | Buy (add'l) | 04/19/18 | J | | |
| 164. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 165.  JH Discpl Value Midcap | E | Int./Div. | N | T | | | | | |
| 166.  MM SEL Mid Cap GR I | E | Int./Div. | M | T | | | | | |
| 167.  Fidelity Diversified International K6 | A | Int./Div. | | | Merged (with line 169) | 12/06/18 | K | | |
| 168.  AF Europac Growth R6 | B | Int./Div. | K | T | | | | | |
| 169. | | | | | | | | | |
| 170.  OGLETREE, DEAKINS, NASH, SMOAK & STEWART 401(K) (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. AG Growther Fund Amer R6 | A | Int./Div. | J | T | Buy (add'l) | 01/03/18 | J | | |
| 172. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 173. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 174. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 175. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 176. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 177. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 178. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 179. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 180. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 181. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 182. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 183. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 184. Harbor Cap Appr Inst | A | Int./Div. | J | T | Buy (add'l) | 01/03/18 | J | | |
| 185. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 186. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 187. | | | | | Buy (add'l) | 03/15/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 189. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 190. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 191. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 192. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 193. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 194. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 195. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 196. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 197. Vang Midcap IDX Inst | A | Int./Div. | J | T | Buy (add'l) | 01/03/18 | J | | |
| 198. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 199. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 200. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 201. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 202. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 203. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 204. | | | | | Buy (add'l) | 07/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 206. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 207. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 208. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 209. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 210. Vang Windsor II ADM | A | Int./Div. | J | T | Buy (add'l) | 01/03/18 | J | | |
| 211. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 212. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 213. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 214. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 215. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 216. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 217. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 218. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 219. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 220. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 221. | | | | | Buy (add'l) | 11/05/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 223. | | | | | | | | | |
| 224. PROFIT SHARING PLAN OF OGLETREE DEAKINS ET AL (H) | | | | | | | | | |
| 225. Vang Target Ret 2025 | A | Int./Div. | K | T | Buy | 12/27/18 | K | | |
| 226. | | | | | | | | | |
| 227. SCHWAB ROLLOVER IRA (H) | | | | | | | | | |
| 228. Schwab Total Stock Market Index Fund | B | Int./Div. | L | T | | | | | |
| 229. | | | | | | | | | |
| 230. ETRADE BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 231. ETrade Account #1 (H) | | | | | | | | | |
| 232. Ford Motor Co | A | Int./Div. | J | T | | | | | |
| 233. Nuance Communications | A | Int./Div. | J | T | | | | | |
| 234. Powershares Exchange Traded Trust | A | Int./Div. | J | T | | | | | |
| 235. Oneok Inc | A | Int./Div. | J | T | | | | | |
| 236. Berkshire Hathaway | A | Int./Div. | J | T | | | | | |
| 237. Apple Inc. | A | Int./Div. | J | T | | | | | |
| 238. ETrade Account #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Coca Cola Bottling Co | A | Int./Div. | J | T | | | | | |
| 240. Schwab S&P 500 Fund | A | Int./Div. | J | T | | | | | |
| 241. | | | | | | | | | |
| 242. OKLAHOMA 529 COLLEGE SAVINGS PLANS (H) | | | | | | | | | |
| 243. OK 529 College Savings Plan #1 (H) | | | | | | | | | |
| 244. Moderate Managed Allocation Age 18+ | A | Int./Div. | | | Distributed | 05/14/18 | J | | |
| 245. Guaranteed Option | A | Int./Div. | J | T | Buy (add'l) | 06/26/18 | J | | |
| 246. | | | | | Distributed (part) | 07/06/18 | J | | |
| 247. OK 529 College Savings Plan #2 (H) | | | | | | | | | |
| 248. Aggressive Managed Allocation 18+ | A | Int./Div. | J | T | | | | | |
| 249. US Equity Index Option | A | Int./Div. | J | T | Distributed (part) | 05/14/18 | J | | |
| 250. Guaranteed Option | A | Int./Div. | J | T | Distributed (part) | 05/14/18 | J | | |
| 251. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 06/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION REGARDING PART VII, LINES 137-140, REAL ESTATE PARCELS, CLEVELAND COUNTY, OK:

Parcels are owned through a ▮▮▮▮ revocable trust.

Taxable Value of Parcel 1, Part VII Line 137 is $4,000.

Taxable Value of Parcel 2, Part VII Line 138 is $12,360.

Taxable Value of Parcel 3, Part VII Line 139 is $2,000.

Taxable Value of Parcel 4, Part VII Line 140 is $12,500.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Suzanne Mitchell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544